# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWNA PETERS, | ) |
| Plaintiff(s), | ) Case No. 2:17-cv-02706-JCM-NJK |
| v. | ) ORDER |
| LARRY SAMPSON, et al., | ) |
| Defendant(s). | ) |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than January 11, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: January 4, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge