# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWNA PETERS, )
          Plaintiff(s), ) Case No. 2:17-cv-02706-JCM-NJK
)
v. ) **ORDER**
)
LARRY SAMPSON, et al., ) (Docket No. 13)
)
          Defendant(s). )

Pending before the Court is Defendants' motion to extend the deadlines in the scheduling order by 120 days. Docket No. 13. Plaintiff filed a response in opposition, and Defendants filed a reply. Docket Nos. 15, 17. The motion is properly decided without a hearing. *See* Local Rule 78-1. Although the circumstances leave much to be desired, good cause exists for a 60-day extension to the deadlines that had not expired prior to the filing of the motion.[1] Accordingly, the motion is **GRANTED** in part and **DENIED** in part, and deadlines are **SET** as follows:

- Initial Experts: April 23, 2018;
- Interim status report: April 23, 2018;
- Rebuttal experts: May 23, 2018;
- Discovery cutoff: June 22, 2018;

---

[1] The deadline to amend the pleadings expired a month before the motion was filed and, therefore, the request to reopen that deadline must be supported by both good cause and excusable neglect. *See, e.g.*, Local Rule 26-4; Fed. R. Civ. P. 6(b)(1)(B). Insufficient justification exists to reopen that deadline.

1     •     Dispositive motions: July 23, 2018;

2     •     Joint proposed pretrial order: August 22, 2018, or 30 days after dispositive motions are resolved.[2]

IT IS SO ORDERED.

DATED: March 9, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] The Court does not herein opine on the pending motion to compel an independent medical examination. Docket No. 14.