# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHAWNA PETERS,

    Plaintiff(s),

v.

LARRY SAMPSON, et al.,

    Defendant(s).

Case No.: 2:17-cv-02706-JCM-NJK

**Order**

[Docket Nos. 24, 27, 28, and 31]

Pending before the Court is a stipulation to stay discovery. Docket No. 31. The parties have a mediation scheduled for August 17, 2018. The stipulation to stay discovery is hereby **GRANTED**. The parties shall file a status report regarding the mediation by August 31, 2018. In light of the stay, the Court also **DENIES** without prejudice the pending motions at Docket Nos. 24, 27, and 28.

IT IS SO ORDERED.

Dated: June 13, 2018

                                                               Nancy J. Koppe
                                                                United States Magistrate Judge