MARC S. CWIK, ESQ.
Nevada Bar No. 006946
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Larry Sampson*
*And Greyhound Lines, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWNA PETERS, an Individual, | CASE NO. 2:17-cv-02706-JCM-NJK |
| Plaintiff, | |
| vs. | |
| LARRY SAMPSON, an Individual, GREYHOUND LINES, INC., a Foreign Corporation, and DOES I-X, unknown persons, ROE BUSINESS ENTITIES I-X, inclusive, | |
| Defendants. | |

## JOINT STATUS REPORT

COME NOW Plaintiff, SHAWNA PETERS, and Defendants, LARRY SAMPSON and GREYHOUND LINES, INC., by and through their attorneys of record, and submit this Joint Status Report in accordance with the Court's Order dated June 13, 2018 (ECF No. 32).

**1. Status of this action including a list of any pending motions and/or other matters which require the attention of this Court.**

Pursuant to the Parties Joint Stipulation filed on June 13, 2018 (ECF No. 32), the Parties attended a mediation conference on August 17, 2018 at Private Trials before the Honorable Gene T. Porter (Ret.). The Parties reached an agreement at mediation which settles and resolves this matter in its entirety. The Parties anticipate submitting to this Court a Stipulation and Order for

4851-0811-2723.1

Dismissal with Prejudice within the next 15 days.

**2. Statement by counsel of action required to be taken by this court.**

No action needs to be taken by this Court at this time.

**3. Attachments of Copies of any pending Motions, Responses, and Replies thereto and/or any other matters requiring the Court's attention.**

All pending motions [ECF Nos. 24, 27 and 28] were vacated/denied by the Court, without prejudice, on June 13, 2018, pursuant to this Court's Order [ECF No. 32], pending outcome of the Parties' mediation. Since this matter has settled and a stipulated dismissal with prejudice is imminent, these motions are now moot.

DATED this 21st day of August, 2018.          DATED this 21st day of August, 2018.

LEWIS BRISBOIS BISGAARD & SMITH.          THE FIRM, P.C.

 /s/ Marc S. Cwik                                                    /s/ Preston Rezaee
_____          _____
MARC S. CWIK, ESQ.                                    PRESTON REZAEE, ESQ.
Nevada Bar No.: 6946                                     Nevada Bar No.: 10729
6385 S. Rainbow Blvd., Suite 600                  630 South Third Street
Las Vegas, NV 89118                                     Las Vegas, NV  89101

*Attorney for Defendants*                              THE LAW OFFICE OF DAVID SAMPSON

                                                                        /s/ David F. Sampson
                                                                      _____
                                                                      DAVID F. SAMPSON, ESQ.
                                                                      630 South Third Street
                                                                      Las Vegas, Nevada 89101

                                                                      *Attorneys for Plaintiff*

4851-0811-2723.1                               2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 21st day of August, 2018 I did cause a true and correct copy of the **JOINT STATUS REPORT** to be served via the Court's electronic filing system CM/ECF to the following:

Preston Rezaee, Esq.
THE FIRM, P.C.
630 South Third Street
Las Vegas, Nevada  89101

David F. Sampson, Esq.
THE LAW OFFICE OF DAVID SAMPSON
630 South Third Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

By    /s/ Misty Humphrey
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP