# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWNA PETERS,<br>　　　Plaintiff(s),<br>v.<br>LARRY SAMPSON, et al.,<br>　　　Defendant(s). | Case No.: 2:17-cv-02706-JCM-NJK<br><br>**ORDER** |

　　　The parties have settled this case. Docket No. 34. Dismissal papers shall be filed by September 10, 2018.

　　　IT IS SO ORDERED.

　　　Dated: August 22, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1