MARC S. CWIK, ESQ.
Nevada Bar No. 006946
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWNA PETERS, an Individual,<br><br>            Plaintiff,<br><br>vs.<br><br>LARRY SAMPSON, an Individual, GREYHOUND LINES, INC., a Foreign Corporation, and DOES I-X, unknown persons, ROE BUSINESS ENTITIES I-X, inclusive,<br><br>            Defendants. | CASE NO. 2:17-cv-02706-JCM-NJK |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, SHAWNNA PETERS, by and through her counsel of record, Preston Rezaee, Esq. of THE FIRM, P.C. and David F. Sampson, Esq., and THE LAW OFFICE OF DAVID SAMPSON; LLC and Defendants, LARRY SAMPSON and GREYHOUND LINES, INC., by and through their counsel of record, Marc S. Cwik, Esq. and the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP; and hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

4842-0577-2144.1

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed in its entirety with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 31st day of August, 2018.    DATED this 31st day of August, 2018.

LEWIS BRISBOIS BISGAARD & SMITH.    THE FIRM, P.C.

  /s/ Marc S. Cwik                              /s/ Preston Rezaee
_____    _____
MARC S. CWIK, ESQ.                         PRESTON REZAEE, ESQ.
Nevada Bar No.: 6946                        Nevada Bar No.: 10729
6385 S. Rainbow Blvd., Suite 600        630 South Third Street
Las Vegas, NV 89118                        Las Vegas, NV 89101

*Attorney for Defendants*                    THE LAW OFFICE OF DAVID SAMPSON

  /s/ David F. Sampson
_____
DAVID F. SAMPSON, ESQ.
Nevada Bar No.: 6811
630 South Third Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED that this matter is dismissed in its entirety with prejudice, with each party to bear their own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

4842-0577-2144.1                2